1 | ASCENSION LAW GROUP
2 | PAMELA TSAO (SBN: 266734)
  | 17802 Irvine Blvd
  | Suite 117
3 | Tustin, CA 92780
  | PH: 714.783.4220
4 | FAX: 888.505.1033
  | Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| NGOC LAM CHE, an individual | Case No.: 5:17-cv-00381 |
|---|---|
| Plaintiff, | **PLAINTIFF NGOC LAM CHE'S MOTION TO EXCEED PAGE LIMITATION** |
| vs. | |
| SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT FOUNDATION, a California Corporation; IMWALLE PROPERTIES, INC, a California Corporation, | |
| Defendants. | |

In accordance with Northern District of California Civil L. R. 7-11, Plaintiff Ngo Clam Che ("Plaintiff") respectfully moves the Court for leave to exceed the page limit under Civil L. R. 7-11(b) for Plaintiff's Opposition to Defendants' Motion for Administrative Relief Extending Mediation Deadline or Compelling Compliance with General Order 56-4.

Plaintiff's Opposition is 7 pages in length.  The local rules of Northern District of California state that an Opposition to a Motion for Administrative Relief shall not exceed five pages.   Because Plaintiff's Opposition is longer than the five pages allowed by the local rules, Plaintiff requests leave of Court to exceed the page limitation.

Good cause exists for extending the page limitation. Despite there being a stay in this case, Defendants have filed a number of motions.  There has also been significant litigation in this action.  Plaintiff requires an additional two pages in order to adequately brief the Court about the procedural history of this action.

DATE: August 11, 2017

ASCENSION LAW GROUP, PC

\_\_\_\_\_/s/ Pamela Tsao\_\_
Pamela Tsao, attorney for Plaintiff
Ngoc Lam Che

.