1 | ASCENSION LAW GROUP
  | PAMELA TSAO (SBN: 266734)
2 | 17802 Irvine Blvd
  | Suite 117
3 | Tustin, CA 92780
  | PH: 714.783.4220
4 | FAX: 888.505.1033
  | Pamela.Tsao@ascensionlawgroup.com
5 |
  | Attorneys for Plaintiff NGOC LAM CHE
6 |
7 |
8 | **UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGOC LAM CHE, an individual | Case No.: 5:17-cv-00381 |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT FOUNDATION, a California Corporation; IMWALLE PROPERTIES, INC, a California Corporation, | |
| Defendants. | |

## [PROPOSED] ORDER

The Court, having considered Plaintiff's Motion to Exceed Page Limitation, and GOOD CAUSE APPEARING THEREFORE,

Plaintiffs' motion for leave to file a seven-page opposition to Defendants' Motion for Administrative Relief to Extend the Mediation Deadline or Compel Compliance with General Order No. 56-4 is hereby GRANTED.

Dated: _____          _____

                                                      UNITED STATES DISTRICT COURT JUDGE

.