ASCENSION LAW GROUP
PAMELA TSAO (SBN: 266734)
17802 Irvine Blvd Suite 117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual <br><br> Plaintiff, <br><br> vs. <br><br> SAN JOSE/EVERGREEN COMMUNITY COLLEGE DISTRICT FOUNDATION, a California Corporation; IMWALLE PROPERTIES, INC, a California Corporation, <br><br> Defendants. | Case No.: 5:17-cv-00381 <br><br> [~~PROPOSED~~] JUDGMENT |

# ~~[PROPOSED]~~ JUDGMENT

Pursuant to a settlement agreement reached by the parties, *see* ECF 56, Plaintiff Ngoc Lam Che ("Plaintiff") is the prevailing party and is entitled to reasonable attorneys' fees and costs. On August 16, 2018, the Court granted in part and denied in part Plaintiff's Motion for Attorneys' Fees and Costs against Defendants San Jose/Evergreen Community College District Foundation, a California Corporation, and Imwalle Properties, Inc., a California Corporation (collectively "Defendants"), and awarded Plaintiff $32,237.50 in attorney's fees.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendants are ordered to pay Plaintiff $32,237.50 in attorneys' fees.

IT IS FURTHER ORDRED, ADJUDGED AND DECREED that the Court will retain jurisdiction to ensure compliance with this judgment.

IT IS FURTHER ORDRED, ADJUDGED AND DECREED that the action be, and it hereby is, dismissed.

IT IS SO ORDERED.

Dated: August 27, 2018

BETH LABSON FREEMAN
United States District Judge